**No. 10-370. Kathleen Stewart, Petitioner v. AT&T, fka SBC Communications, et al.**

562 U.S. 1030, 131 S. Ct. 573, 178 L. Ed. 2d 415, 2010 U.S. LEXIS 8680.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 381 Fed. Appx. 474.

**No. 10-391. Xiu Feng Li, Petitioner v. Douglas Hock and SMP Inc.**

562 U.S. 1030, 131 S. Ct. 576, 178 L. Ed. 2d 415, 2010 U.S. LEXIS 8771.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 371 Fed. Appx. 171.

**No. 10-393. Daniel R. Baird, Petitioner v. Burlington Northern and Santa Fe Railway Company, et al.**

562 U.S. 1030, 131 S. Ct. 576, 178 L. Ed. 2d 415, 2010 U.S. LEXIS 8740,

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 381 Fed. Appx. 628.

**No. 10-407. Anthony Gould, Petitioner v. United States.**

562 U.S. 1030, 131 S. Ct. 577, 178 L. Ed. 2d 415, 2010 U.S. LEXIS 8677.

**No. 10-465. William Sumner Scott, Petitioner v. The Florida Bar.**

562 U.S. 1030, 131 S. Ct. 581, 178 L. Ed. 2d 415, 2010 U.S. LEXIS 8673.

November 8, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 39 So. 3d 309.

**No. 10-472. Arnoldo Jose Aleman Cardenal, et al., Petitioners v. United States.**

562 U.S. 1030, 131 S. Ct. 581, 178 L. Ed. 2d 415, 2010 U.S. LEXIS 8688.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 362 Fed. Appx. 985.

**No. 10-480. Vincent James Krocka, Petitioner v. United States.**

562 U.S. 1030, 131 S. Ct. 584, 178 L. Ed. 2d 415, 2010 U.S. LEXIS 8728.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 376 Fed. Appx. 983.